| PROB 22<br>(D\CO 01/03) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER<br>1-mj-00119-DLW-01 |
|---|---|---|
| | | DOCKET NUMBER |

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 03 2013
JEFFREY P. COLWELL
CLERK

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>David A KING<br>Monticello, Utah | DISTRICT<br>District of Colorado | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>David L. West | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>08/03/2011 — TO 08/02/2014 |

**OFFENSE**
Counts 1-3: Trafficking in Archaeological Resources, Aiding and Abetting in violation of 16 U.S.C. § 470ee(b)(1),(2) and 18 U.S.C. § 2

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF COLORADO</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Utah upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

May 10, 2013
Date

_/s/_
United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF UTAH</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

5/29/13
Effective Date

_/s/_
United States District Judge

Case: 2:13-cr-00400
Assigned To : Pead, Dustin B.
Assign. Date : 5/29/2013
Description: USA v. King

# United States District Court
# District of Utah



D. Mark Jones
Clerk of Court

Louise S. York
Chief Deputy Clerk

May 29, 2013

U.S. District Court, District of Colorado (Denver)
Clerk of Court
Byron G. Rogers Courthouse
1929 Stout Street
Denver, CO 80294

RE:  United States of America vs. David A. King
     1:11-mj-00119-DW-1 (District of Colorado (Denver))
     2:13-cr-00400-DBP(District of Utah)

Dear Clerk of Court:

On 05/29/2013 the Honorable Ted Stewart executed the Order Accepting Jurisdiction for the above captioned defendant. I am forwarding an original order for your records. You may access our website at https://ecf.utd.uscourts.gov/

I have downloaded the required documents from PACER. No documents are required from you at this time.

Please acknowledge receipt of this letter by signing a copy and returning to my attention. If you have any questions, please advise. My telephone number is.

Sincerely,
D. Mark Jones, Clerk

By: /s/
Aaron Paskins

cc:  U.S. Probation for Utah with copy of the order
     U.S. Attorney c/o FLU Unit
     Financial Administrator

**ACKNOWLEDGMENT OF RECEIPT:**
**Received by:** _____

**Date:** _____